IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

v.

                                    11-cr-65-wmc

TIMOTHY WHITEAGLE, CLARENCE
PETTIBONE and DEBORAH ATHERTON,

                Defendants.

_____

The scheduling order entered in this case on July 13, 2011 is hereby AMENDED to reflect a trial length of two to three weeks.

In all other respects, the order remains as entered.

Entered this 14th day of July, 2011.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge